## MARGARET BUCKLIN versus WILLIAM BUCKLEN.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Motion for injunction and for alimony *p. 280; (2) rule for citation to show cause *p. 281; (3) payment of alimony ordered *p. 283; (4) motion to rescind order for alimony, motion for security for costs *p. 296; (5) motion to rescind and for security for costs overruled, leave given to withdraw plea *p. 300; (6) motion to rescind order for alimony, motion for security for costs *p. 304; (7) amount of alimony reduced *p. 307; (8) motion to increase alimony *p. 314; (9) death suggested, abated *p. 345.

PAPERS IN FILE: (1) Bill of complaint; (2) draft of order for citation, etc.; (3) citation and return; (4) affidavit of Amos Gordon; (5) draft of order for payment of alimony; (6) copy of order, proof of service; (7) motion to rescind order for alimony; (8) certificate of nonpayment of alimony; (9) receipt for alimony; (10) affidavit of William Bucklen; (11) motion to rescind order for alimony; (12) plea and answer; (13) certificate of nonpayment of alimony; (14) certificate of payment of alimony; (15) draft of order for payment of reduced alimony; (16) copy of order, proof of service; (17) motion to reinstate former order for alimony; (18) receipt for alimony; (19) affidavit of Joseph Hickcox; (20) affidavit of Margaret Bucklin; (21) receipt for alimony.

*Chancery Case* 118 of 1829.

## IN THE MATTER OF OGDEN CLARK.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Motion for discharge *p. 283.

PAPERS IN FILE: [None]

## JOSEPH CAMPAU versus JOHN SCOTT.

JOURNAL ENTRIES (1829-30): *Journal 4:* (1) Motion to dissolve injunction *p. 288; (2) motion to dissolve submitted, referred to master to take testimony *p. 299; (3) injunction dissolved *p. 302; (4) case argued, submitted *p. 384; (5) dismissed *p. 395.

PAPERS IN FILE: [None]

*Chancery Case* .... of ....

## MARY GILLASPIE versus HENRY GILLASPIE.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Motion for rule to plead, answer, or demur *p. 291; (2) bill taken as confessed, referred to master *p. 305; (3) decree *p. 314.

PAPERS IN FILE: (1) Bill of complaint, acceptance of service; (2) affidavit of John Burbank; (3) motion for rule to plead, etc.; (4) stipulation to plead, etc.; (5) master's report including testimony of Mary Weaver, Paul D. Anderson, and Lot T. Janny; (6) decree signed by two of the judges.

*Chancery Case* 119 of 1829.